IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

KING-ROBERT L. BROOKS
Plaintiff(s),

v.    FREEDOM MORTGAGE
STAN MOSKOWITZ
Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case Number 3:23-CV-01138

Judge ELI RICHARDSON

Magistrate Judge BARBARA HOLMES

## MOTION FOR DEFAULT JUDGEMENT
(Type of Pleading)

THE PLAINTIFF IN THIS CAUSE MOTIONS THIS
HONORABLE COURT PURSUANT TO RULE 55 OF THE TENNESSEE
RULES OF CIVIL PROCEDURE, AND FEDERAL RULE 55A, FOR A
JUDGEMENT OF DEFAULT AGAINST THE DEFENDANT, FREEDOM
MORTGAGE, AND THE DEFENDANT, STAN MOSKOWITZ, CFO
FREEDOM MORTGAGE. A COMPLAINT IN THIS CAUSE WAS
FILED ON OCTOBER 27, 2023 IN THIS HONORABLE
COURT WITH DEFENDANT, FREEDOM MORTGAGE, BEING
SERVED ON OCTOBER 27, 2023; AND DEFENDANT
STAN MOSKOWITZ, CFO FREEDOM MORTGAGE, BEING
SERVED ON OCTOBER 27, 2023.
        AS OF THE DATE OF FILING THIS MOTION,
NO ANSWER, MOTIONS, DEFENSES, OR OTHER PLEADINGS
HAVE BEEN FILED BY SAID DEFENDANT(S).

IN SUPPORT OF THIS MOTION FOR DEFAULT, AGAINST DEFENDANT(S) OF THIS MATTER, FOR FAILURE TO ANSWER AS REQUIRED BY LAW, PLAINTIFF FILES HIS AFFIDAVIT WHICH IS ATTACHED HERETO AS EXHIBIT 1.

WHEREFORE, PLAINTIFF MOVES THIS HONORABLE COURT TO ENTER A JUDGEMENT BY DEFAULT ON ALL ISSUES RAISED IN THE COMPLAINT FILED ON OCTOBER 27, 2023, AGAINST THE AFOREMENTIONED DEFENDANT(S).

KING BROOKS
(Signature)

KING-ROBERT L. BROOKS
(Print Name)

1653 APACHE WAY

CLARKSVILLE, TN. 37042

(931) 472-9595
(Address & Telephone Number, if any)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) MOTION FOR DEFAULT JUDGEMENT
has been served on:

(Name) FREEDOM MORTGAGE
(Address) 951 YAMATO RD / STE 175
(Address) BOCA RATON, FL. 33431

(Name) STAN MOSKOWITZ
(Address) 951 YAMATO RD/ STE 175
(Address) BOCA RATON, FL. 33431

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

on the **15** day of **DECEMBER**_____, 20**23**.

KING-ROBERT L. BROOKS
Signature

EXHIBIT 1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing MOTION for DEFAULT has been sent via U.S. Mail, postage prepaid, to Freedom Mortgage, and Stan Moskowitz, CFO Freedom Mortgage, 951 Yamato Rd, STE 175, Boca Raton, FL. 33431 on this, the 12 day of December, 2023.

KING BROOKS

## **AFFIRMATION BY NOTARY PUBLIC**

STATE OF ___TENNESSEE_____
COUNTY OF ____MONTGOMERY_____

Be it known to all that on this day, before me, a Notary Public in and for the aforementioned County and State, appeared _KING-ROBERT L BROOKS__, who affirmed the veracity of the foregoing statements. The affiant, having been duly sworn, attested to me that the execution of said instrument was a voluntary act performed for the specific uses and purposes specified therein.

In witness whereof, I affix my signature and Notarial Seal on this ___/2.___ day of

___/2___, in the year of our Lord _2023_.

My Commission Expires on: ___3/17/27-___

Notary Public of the State of ___TN___

County of ___Montgomery___

_____
Printed Name of Notary Public

EXHIBIT 2

PRESS FIRMLY TO SEAL
PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE®

**Retail**

U.S. POSTAGE PAID
PME 1-Day
OAK GROVE, KY 42262
DEC 12, 2023

$28.75
R2304M113994-14

33431

RDC 07

EI 155 296 356 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

Brooks King
1653 Apache Way
Clarksville, TN 37042

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

FREEDOM MORTGAGE
951 YAMATO RD STE 175
BOCA RATON, FL 33431

ZIP + 4® (U.S. ADDRESSES ONLY)
3 3 4 3 1 -

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 42262 | 12-13-23 | $ 28.75 |

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 12-12-23 | ☑ 6:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 3:15 ☑ AM / ☐ PM | | $ | $ |

**USPS® DELIVERY (POSTAL SERVICE USE ONLY)**

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 28.75 |

| Weight | Flat Rate | Acceptance Employee Initials |
|---|---|---|
| ___ lbs. ___ ozs. | ☑ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM / ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM / ☐ PM | |

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

ule free Package Pickup,
can the QR code.
PS.COM/PICKUP

☐ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☐ $100.00 insurance included.

PEEL FROM THIS CORNER





EP13F July 2022

UNITED STATES POSTAL SERVICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

EXHIBIT 3




PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# PRIORITY MAIL PRESS®

T RATE
'ELOPE

■ ANY WEIGHT

Jule free Package Pickup,
scan the QR code.

PS.COM/PICKUP

EP13F July 2022

PEEL FROM THIS CORNER

UNITED STATES
POSTAL SERVICE®

| PRIORITY MAIL EXPRESS® |

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 931 ) 472-4505

Brooks King
1653 Apache Way
Clarksville, TN 37042

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☑ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

STAN MOSKOWITZ
951 YAMATO RD STE 175
BOCA RATON, FL
33431

ZIP+4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code    42262

Date Accepted (MM/DD/YY)   12-12-23

Time Accepted   3:14 ☐ AM ☐ PM

Scheduled Delivery Date (MM/DD/YY)   12-13-23

Scheduled Delivery Time   3:00 PM ☐

Insurance Fee   $

COD Fee   $

| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ |
| Weight lb. oz. | ☐ Flat Rate | Acceptance Employee Initials |
| Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Total Postage & Fees $   28.75 | |

Postage   $   28.75

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

EI 155 296 342 US

EI 155 296 342 US

RDC 07

Retail

U.S. POSTAGE PAID
PME 1-Day
OAK GROVE, KY 42262
DEC 12, 2023

33431

$28.75

R2304M113994-14

PS10001000006



UNITED STATES




This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.